23287

Stroman W. JACKSON, Jr., as Administrator of the Estate of Stroman W. Jackson, Sr., deceased, Respondent v. The SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Petitioner.

(397 S.E. (2d) 377)

Supreme Court

*Charles E. Carpenter, Jr.,* and *George C. Beighley,* Columbia, *for petitioner.*

*Thomas K. Fowler, Jr.,* Columbia, *for respondent.*

Submitted Sept. 28, 1990.

Decided Oct. 22, 1990.

*Per Curiam:*

Petitioner seeks a writ of certiorari to review the decision of the Court of Appeals in *Jackson v. The South Carolina Department of Corrections,* ___ S.C. ___, 390 S.E. (2d) 467 (Ct. App. 1989). We grant the petition, dispense with further briefing, and affirm the opinion of the Court of Appeals.

Affirmed.